## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gerri A. Larson,                                                      Civil No. 04-3526 (DWF/SRN)

                Plaintiff,

v.                                                                             **ORDER**

Direct Merchants Bank, N.A.,

                Defendant.

_____

Thomas J. Lyons, Esq., Lyons Law Firm, P.A., and Thomas J. Lyons, Jr., Esq., Consumer Justice Center, counsel for Plaintiff.

Katie C. Pfeifer, Esq., and Vernle C. Durocher, Jr., Esq., Dorsey & Whitney LLP, counsel for Defendant Direct Merchants Bank, N.A.

_____

      Pursuant to a written stipulation (Doc. No. 44) entered into between the Plaintiff and Defendant Direct Merchants Credit Card Bank, NA. ("DMCCB") stating that the above-entitled action against DMCCB has been fully and finally compromised and settled on the merits:

      **IT IS HEREBY ORDERED** that any and all claims of the Plaintiff against Defendant DMCCB are hereby **DISMISSED WITH PREJUDICE**, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

Dated:  October 25, 2005             s/Donovan W. Frank
                                             DONOVAN W. FRANK
                                           Judge of United States District Court